LOIS E. BALDWIN, Respondent, *v.* ABRAHAM ABRAHAM et al., Appellants.

*Baldwin* v. *Abraham,* 57 App. Div. 67, affirmed.
(Argued May 14, 1902; decided June 17, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William J. Carr, Edward M. Grout* and *Paul Grout* for appellants.

*James C. Cropsey* for respondent.

Judgment affirmed, with costs, on authority of *Howard* v. *Ludwig* (171 N. Y. 507); no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

WILLIAM O. PLATT et al., as Trustees, Appellants, *v.* NEW YORK AND SEA BEACH RAILWAY COMPANY et al., Defendants.

GEORGE EDWIN JOSEPH, as Receiver, Respondent; JAMES T. NELSON, as Receiver, Appellant.

(Submitted May 26, 1902; decided June 17, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 451.)

---

In the Matter of the Appraisal of the Estate of LUCINDA A. WATSON, Deceased, under the Transfer Tax Act.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF ROME et al., Respondents.

(Argued June 9, 1902; decided June 17, 1902.)

Motion to amend remittitur by striking therefrom the words "with costs" and substituting the words "without costs," granted. (See 171 N. Y. 256.)